■ FRANKLIN NATIONAL BANK, Respondent, v. ALBERT R. IVES et al., Appellants-Respondents.— Resettled judgment of the Supreme Court, Nassau County, dated March 23, 1965, reversed, with $10 costs and disbursements, and plaintiff's motion for summary judgment denied. In our opinion, there are triable fact issues, barring summary judgment, as to (a) whether there was a secret preference given to plaintiff's assignor and (b) whether the preference, secret or not, was obtained by duress. If there was such *secret* preference, it would be void and inoperative (*Solinger* v. *Earle*, 82 N. Y. 393; *White* v. *Kuntz*, 107 N. Y. 518; *Hanover Nat. Bank* v. *Blake*, 142 N. Y. 404). If the preference was not secret, but was obtained by duress, it would be voidable (*Port Chester Elec. Constr. Corp.* v. *Hastings Terraces*, 284 App. Div. 966; see, also, *J. M. Deutsch, Inc.* v. *Robert Paper Co.*, 13 A D 2d 768); and the further question would then arise as to whether defendants had ratified it by their subsequent conduct. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.